| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) GLASSER, ISRAEL L. | 2. Court or Organization UNITED STATES DISTRICT COURT | 3. Date of Report 05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Council | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | NYS Employee's Retirement System | $8357.16 |
| 2. 2011 | TIAA Retirement Annuity | $36000. |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Tel. & Tel. | A | Dividend | L | T | | | | | |
| 2. AT&T | A | Dividend | K | T | | | | | |
| 3. Alcatel Lucent | A | Dividend | J | T | | | | | |
| 4. P.P. & L. | A | Dividend | J | T | | | | | |
| 5. Dayton P & L | A | Dividend | | | Sold | 04/20/11 | J | | |
| 6. Chevron Texaco Corp. | C | Dividend | L | T | | | | | |
| 7. Nuveen Growth & Inc. Fd. (Large Cap. Value) | A | Dividend | K | T | | | | | |
| 8. Rochester Municipals | A | Dividend | | | Sold | 04/13/11 | J | | |
| 9. Rochester Ltd. Term | B | Dividend | | | Sold | 04/13/11 | J | | |
| 10. Exxon Mobil | D | Dividend | N | T | | | | | |
| 11. General Electric | A | Dividend | K | T | | | | | |
| 12. Conoco Phillips | A | Dividend | K | T | | | | | |
| 13. Norfolk Southern | B | Dividend | K | T | | | | | |
| 14. Pepsico,Inc. | B | Dividend | M | T | | | | | |
| 15. Scana Corp. | B | Dividend | K | T | | | | | |
| 16. Washington Gas & Light | B | Dividend | L | T | | | | | |
| 17. Nuveen Tax Ex. U. Tr. Ser. 202 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ferris Baker Res. Fd | D | Interest | M | T | | | | | |
| 19. U.S. Treas. Bills | D | Interest | M | T | | | | | |
| 20. HSBC | A | Interest | L | T | | | | | |
| 21. TIAA/CREF Mutual Fund | A | Dividend | M | T | | | | | |
| 22. State of Israel | A | Interest | J | T | | | | | |
| 23. CMA NY Mun | A | Interest | J | T | | | | | |
| 24. Verizon | B | Dividend | | | Sold | 04/24/11 | L | D | |
| 25. Quest | A | Dividend | J | T | | | | | |
| 26. Axa | A | Dividend | J | T | | | | | |
| 27. Nuveen NY Div MCPL | A | Dividend | J | T | | | | | |
| 28. Merrill Lynch Bkg Adv | A | Dividend | K | T | | | | | |
| 29. AVAYA | A | Dividend | J | T | | | | | |
| 30. IBM | A | Dividend | J | T | | | | | |
| 31. Microsoft | A | Dividend | | | Sold | 12/08/11 | J | | |
| 32. Vodafone | A | Dividend | J | T | | | | | |
| 33. Agere | A | Dividend | J | T | | | | | |
| 34. Comcast | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GE Capital Corp. SRNOTE 5.815 | A | Interest | L | T | | | | | |
| 36. American Capital | A | Dividend | J | T | | | | | |
| 37. Blackrock Global formerly ML Global Alloc. | A | Dividend | J | T | | | | | |
| 38. Mutual Discovery | A | Dividend | J | T | | | | | |
| 39. AT&T Pfd. Sr. Note | C | Distribution | L | T | | | | | |
| 40. American Growth Fund | A | Dividend | | | Sold | 04/13/11 | J | | |
| 41. AIM Charter Fund | A | Dividend | J | T | | | | | |
| 42. Southern Co. | A | Dividend | K | T | | | | | |
| 43. AT&T | A | Dividend | K | T | | | | | |
| 44. Verizon | A | Dividend | K | T | | | | | |
| 45. Southern Co. | A | Dividend | K | T | | | | | |
| 46. Sysco Corp. | A | Dividend | K | T | | | | | |
| 47. Kraft Food 6.125% | A | Interest | L | T | | | | | |
| 48. Verizon 6.1% | A | Interest | L | T | | | | | |
| 49. Burlington Northern 4.7% | A | Interest | L | T | | | | | |
| 50. Goldman Sachs 5.375% | A | Interest | K | T | | | | | |
| 51. General Electric 5.25% | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 53. Nucor | A | Dividend | K | T | | | | | |
| 54. Abbott Labs | A | Dividend | K | T | | | | | |
| 55. Kimberly Clark | A | Dividend | K | T | | | | | |
| 56. Suffolk Co. NY Pub. Impt. | A | Interest | K | T | | | | | |
| 57. NYS Twy. Auth. St. Pers. | A | Interest | K | T | | | | | |
| 58. First Eagle Global CIC | A | Dividend | K | T | | | | | |
| 59. First Eagle Fund | A | Dividend | J | T | | | | | |
| 60. Blackrock Equity | A | Dividend | K | T | | | | | |
| 61. CD Bank of America | A | Interest | J | T | | | | | |
| 62. Frontier Communications Corp. (spinoff of Verizon) | A | Dividend | | | Sold | 12/08/11 | J | | |
| 63. Genon Energy | A | Dividend | J | T | | | | | |
| 64. Centerpoint Energy | A | Dividend | J | T | | | | | |
| 65. Cisco Systems | A | Dividend | L | T | Buy | 04/29/11 | L | | |
| 66. Berkshire Hathaway B | A | Dividend | K | T | Buy | 08/17/11 | K | | |
| 67. Verizon | A | Dividend | K | T | Buy | 08/17/11 | K | | |
| 68. AT&T | A | Dividend | K | T | Buy | 1/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CD Bank of China | A | Dividend | J | T | Buy | 04/13/11 | J | | |
| 70. NYS Dorm Auth | A | Dividend | K | T | Buy | 04/13/11 | K | | |
| 71. NYS Ser C RF | A | Dividend | K | T | Buy | 04/13/11 | K | | |
| 72. First Eagle Global | A | Dividend | J | T | Buy | 04/13/11 | J | | |
| 73. Wells Fargo Growth Fund | A | Dividend | J | T | Buy | 04/13/11 | J | | |
| 74. First Eagle Fund of America | A | Dividend | J | T | Buy | 04/13/11 | J | | |
| 75. Black Rock Equity Dividend | A | Dividend | J | T | Buy | 04/13/11 | J | | |
| 76. Black Rock Global | A | Dividend | J | T | Buy | 04/13/11 | J | | |
| 77. Invesco Charter | A | Dividend | J | T | Buy | 04/14/11 | J | | |
| 78. Bank of China NY | A | Dividend | J | T | Buy | 10/17/11 | J | | |
| 79. TriBoro B & T Auth. | A | Dividend | K | T | Buy | 10/17/11 | K | | |
| 80. Tronox Warrants A | A | Dividend | | | Sold | 12/08/11 | J | | See VIII |
| 81. Tronox Warrants B | A | Dividend | | | Sold | 12/08/11 | J | | See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

80 and 81 of Part VII.

Tronox was not previously listed. My inquiry revealed that _____ Tronox Class B shares on 3/30/06 as a spin-off from Kerr-McGee which was bought out on 8/11/06. (See FD Report for 2006). In February and May of 2011, the Tronox Class B shares were exchanged for warrants which were liquidated at the end of the year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ISRAEL L. GLASSER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544